IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY WILLIAMS | ) | CIVIL ACTION NO. 2:07cv742-MEF |
| | ) | (CR. NO. CR-05-216-F) |
| Petitioner, | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Respondent. | | |

### AFFIDAVIT

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | SS. |
| COUNTY OF MONTGOMERY | ) | |

I, CHRISTINE A. FREEMAN, state the following:

1. I am an attorney employed as an attorney with the Federal Defender Office for the Middle District of Alabama.

2. This office was appointed by this Court to represent Mr. Williams following his arrest on this indictment in September of 2005.

3. In his 2255 petition, Mr. Williams raises three claims of ineffective assistance of counsel: (1) counsel's failure to raise challenges to subject matter jurisdiction; (2) counsel's failure to challenge his arrest as unlawful; and (3) counsel's failure to file a direct appeal. While my name is specifically referenced by Mr. Williams, the 2255 petition does not identify any specific actions or omissions by me which Mr. Williams alleges to be ineffective.

4. My time records on this matter indicate that I appeared with Mr. Williams for

his guilty plea, represented him at a proffer meeting, and prepared a pleading on detention issues. I did not appear with him at sentencing. Other attorneys from our office also represented Mr. Williams. A CJA Panel attorney was also later appointed to represent him and was representing him at the time if his sentencing.

5.  To the extent that Mr. Williams implies that I failed to challenge subject matter jurisdiction in his case, or challenge his arrest, or request a direct appeal, he is correct. I did not pursue any such actions.

Dated this 11th day of September 2007.

Respectfully submitted,

CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

Sworn and subscribed to before me this 11th day of September, 2007.

NOTARY PUBLIC
My Commission expires: 6/15/2008

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Susan Redmond, Esquire
    Assistant United States Attorney
    Montgomery, Alabama 36104

    /s/ Christine A. Freeman
    **CHRISTINE A. FREEMAN**
    **TN BAR NO.: 11892**
    Federal Defenders
    Middle District of Alabama
    201 Monroe Street, Suite 407
    Montgomery, AL 36104
    TEL: (334) 834-2099
    FAX: (334) 834-0353
    E-Mail: Christine_Freeman@fd.org