**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

September 14, 2007

# NOTICE OF CORRECTION

**From:**              Clerk's Office

**Case Style:**        **Timothy Williams v. United States of America**

**Case Number:**       **#2:07-cv-00742-MEF**

**Referenced Document:** Document #4
                         Affidavit

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf did not contain a certificate of service. The corrected pdf is attached to this notice.**

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY WILLIAMS | ) | CIVIL ACTION NO. 2:07cv742-MEF |
| | ) | (CR. NO. CR-05-216-F) |
| Petitioner, | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Respondent. | ) | |

## AFFIDAVIT

STATE OF ALABAMA      )
                      )
COUNTY OF MONTGOMERY  )

I, TIFFANY B. MCCORD, state the following:

1. I am an attorney admitted to practice law in Alabama, the Middle District of Alabama and the Court of Appeals for the Eleventh Circuit. I have been licensed to practice law in Alabama since 2002.

2. In order to prepare this affidavit, I have reviewed the my office case file in *United States v. Timothy Williams*, CR-05-216. Details not contained in the case file and pleadings are based upon my best recollection of the events surrounding my representation of Mr. Williams.

3. I was appointed to represent Mr. Williams after his prior counsel asked to withdraw due to a conflict of interest. However, Mr. Williams had already entered into a plea agreement, changed his plea to guilty, and conducted a pre-sentence interview prior to my representation of him.

4. Mr. Williams raises three separate claims of ineffective assistance of counsel in his §2255

petition: (1) counsel's failure to raise subject matter jurisdiction challenges; (2) that his arrest was unlawful; and (3) counsel's failure to file a direct appeal. Because I only represented Mr. Williams through his sentencing, I do not have any information as it relates to the first two claims.

5. As to the final claim, Mr. Williams signed and filed a plea agreement wherein he waived his right to appeal.

6. I communicated with Mr. Williams numerous times concerning his sentence and his case. In those communications, we discussed a direct appeal. Mr. Williams never indicated his desire to appeal his case. Additionally, based upon my review of the facts and circumstances of his case, there were no meritorious issues to appeal. Consequently, an appeal was not filed on his behalf. Mr. Williams claims of ineffective assistance of counsel are without merit.

Dated this the 10th day of September 2007.

_____
TIFFANY B. MCCORD
ASB-3669-F69M
P.O. Box 1803
Montgomery, Alabama 36102-1803
(334) 356-6529

Sworn to and subscribed before me on this 10th day of September, 2007

Renee O. Branum
NOTARY PUBLIC

My commission expires: April 11, 2011

## CERTIFICATE OF SERVICE

      I hereby certify that on September 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the U.S. Attorney's Office and the Federal Defender Program.

                              /s/ Tiffany B. McCord
                              TIFFANY B. MCCORD (ASB-3669-F69M)
                              Law Office of Tiffany B. McCord
                              505 S. Perry Street
                              Montgomery, AL 36104
                              (334) 356-6529
                              (334) 263-4766
                              tmcdmc@netzero.com