IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORHTERN DIVISION

Timothy Williams,

    Movant,

VS.

  CASE NO.:2:07CV742-MEF-SRW

    (CR-05-216-F)

UNITED STATES OF AMERICA,
    Respondent,

§
§
§
§
§
§

## AFFIDAVIT

**STATE OF: Louisiana**

**Parish of: Allen**

I, Timothy Williams, state the following:

1. I am the Defendant/Movant in the above referenced case.

2. I was represented in this case by Attorney's Christine Freeman, Jennifer Hart, Kevin Butler, of the Federal Defender Office for the Middle District of Alabama. At sentencing I was represented by a private appointed Attorney, Tiffany McCord.

3. These attornies provided me with ineffective assistance of counsel by:

A. They failed to investigate the facts and circumstances to contest the Federal Jurisdiction of the 841(A) offense that I was originally arrested by the Montgomery City Police

B. They failed to investigate and familarize themselves with the police reports and documents including but not limited to the arrest warrants and search warrants.

C. They failed to interview any witnesses provided by or the government.

D. They failed to explain to the Defendant/Movant that count 2 of the indictment, 924(C),required as an element of the offense that the government prove beyond a reasonable doubt that the underlying drug trafficking offense was one that could be tried by a court of the United States.

## AFFIDAVIT CONTINUED

**E.**  I never agreed with my Attorneys that marijuana trafficking charge was a Federal offense.

**F.**  I never conceded that the marijuana trafficking charge was a Federal offense.

**G.**  At my sentencing hearing my attorney Christine Freeman, answered for me when the District Court asked that question during plea colloqouy which is a blatant violation of Rule 11 of the Federal Code of Criminal Procedure.

**H.**  Attorney Tiffany McCord failed to read the transcript of my change a plea hearing and was not aware that I had not been properly **Boykinyled** and that the government's factual basis, which was provided my defense counsel, was deficient and that my guilty plea is Constitutionally invalid.

**I.**  I asked her several times to file an appeal in this but she steadfastly refused to do so and told me I had no appellate rights at all.

Dated this 10th Day of October, 2007.

Respectfully Submitted,

Timothy Williams
F.C.I. Oakdale # 11778-002
P.O. Box 5000
Oakdale, LA. 71463-5000

**Sworn and subscribed** to me on this
11 Day of October, 2007.

Said Notary Public for the Parish of Allen.

10-11-07

Notary Public

My commission expires:

[stamp]

[seal]

Authorized by the Act of
July 7, 1955, as amended, to
administer oaths (18 USC 4004).

(Name)                    , Case Manager

10-11-07

Timothy Williams -11778-002
F.C.I Oakdale
P.O. Box 5000
Oakdale, LA 71463

ALEXANDRIA LA 713
12 OCT 2007 PM 2

Clerk of the court
Middle district of Alabama
1 Church Street
Suite B-100
Montgomery AL 36101