IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v | ) | Civil Action No. 2:07cv742-MEF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Pursuant to the orders of this court, the United States filed a supplemental response (Doc. No. 15) addressing the claims presented by the petitioner in an amendment to his 28 U.S.C. § 2255 motion. In its response, the government contends that the petitioner's amended motion was filed outside the applicable one-year limitation period and that his new claims are therefore time-barred. In addition, the government argues that these new claims lack merit. Accordingly, it is

ORDERED that on or before December 10, 2007, the petitioner may file a reply to the supplemental response filed by the United States.

Done this 19th day of November, 2007.

      /s/Susan Russ Walker
  SUSAN RUSS WALKER
  UNITED STATES MAGISTRATE JUDGE