UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 DEC -3 P 2: 50

Timothy Williams,           )
Petitioner/Movant,          )
                            )
VS.                         )   Civil Action No: 2:07CV742-MEF
                            )
                            )       (CR-05-216-MEF)
UNITED STATES OF AMERICA,   )
Respondent.                 )

**MOTION FOR COPY OF UNITED STATES <u>SUPPLEMENTAL RESPONSE</u>
<u>AND MORE TIME TO RESPOND</u>**

On 11/19/2007, this Honorable Court sent Movant an order. Movant received said order on 11/21/07 at Oakdale F.C.I. this order gives Movant until December 10, 2007 to file a reply to the supplemental response filed by the United States.

Today is 11/27/2007 and Movant has not received any response from the United States. Movant now requests this Court to order the United States to send a copy of its response, and if they from here on **certify** every response to Movant to where he has to sign for said mail. Movant's request is for more time to reply, after receiving the United States supplemental response.

This Honorable Court is welcome to verify Movant not receiving said mail from Oakdale mail-room - all legal mail should be logged.

Respectfully Submitted,

Timothy Williams
F.C.I. Oakdale
P.O. Box 5000
Oakdale, LA. 71463-5000

Dated this 27 day of November, 2007.

Page 1 of 1

COPY SENT TO UNited STATES Attorney

Timothy Williams
11778-002
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA, 71463



Clerk of the Court
Middle District of Alabama
1 Church Street, Suite B-100
Montgomery Al 36104

36104+4014