IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY WILLIAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No. 2:07cv742-MEF |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

On December 3, 2007 (Doc. No. 17), Petitioner filed a "Motion for Copy of United States Supplemental Response and More Time to Respond," in which he maintains that he has not received a copy of the government's supplemental response and requests an extension of time to file a reply to the supplemental response. Accordingly, and in the interest of judicial economy, the CLERK is DIRECTED to provide Petitioner with a copy of the government's supplemental response (Doc. No. 15) filed in this court on November 16, 2007. Furthermore, and for good cause, it is

ORDERED that Petitioner's motion for extension of time (Doc. No. 17) be and is hereby GRANTED. It is further

ORDERED that Petitioner be and is hereby GRANTED an extension from December 10, 2007, to and including January 3, 2008, to file a reply to the government's supplemental

response.

    Done this 5th day of December, 2007.

                                                  /s/Susan Russ Walker  
                                               SUSAN RUSS WALKER  
                                               UNITED STATES MAGISTRATE JUDGE