IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v | ) | Civil Action No. 2:07cv742-MEF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for evidentiary hearing filed by Petitioner on January 8, 2008 (Doc. No. 24), and for good cause, it is

ORDERED that this motion be and is hereby DENIED. The motion may be reconsidered if warranted by further developments in this case.

Done this 8th day of January, 2008.

　　　　　　　　　　　　　/s/Susan Russ Walker
　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE