IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY WILLIAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No. 2:07cv742-MEF |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

Upon consideration of the pleading submitted by the petitioner on January 14, 2008 (Doc. No. 27), construed by this court as a *motion to supplement* with matters in support of the claims in the petitioner's 28 U.S.C. § 2255 motion, it is

ORDERED that the *motion to supplement* (Doc. No. 27) be and is hereby GRANTED.

Done this 15th day of January, 2008.

　　　　　　　　　　　　　　　　　　/s/Susan Russ Walker
　　　　　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE