IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY WILLIAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No. 2:07cv742-MEF |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

Upon consideration of the motion styled as "Movant's Request to File after October 12, 2007" submitted by Petitioner on October 30, 2007 (Doc. No. 14), it is

ORDERED that

1. This motion is DENIED to the extent it contains a request for discovery, as the information and materials Petitioner seeks through discovery are unnecessary to the disposition of the issues raised in this case;

2. This motion is GRANTED to the extent Petitioner seeks leave to supplement his 28 U.S.C. § 2255 motion with additional arguments in support of the claims in his motion.

Done this 25th day of February, 2008.

/s/Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE