IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY WILLIAMS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v | )  Civil Action No. 2:07cv742-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**ORDER ON MOTION**

This court construes the pleading styled by Petitioner as a "Motion to Dismiss Count 2 of the Indictment" (Doc. No. 34; filed Feb. 29, 2008) to be a motion to supplement the 28 U.S.C. § 2255 motion with arguments in support of Petitioner's claims. Upon consideration of this motion, and for good cause, it is

ORDERED that Petitioner's motion to supplement his § 2255 motion with arguments in support of his claims (Doc. No. 34) is hereby GRANTED.

Done this 3rd day of March, 2008.

    /s/Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE