IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2008 MAR 11 A 9:36

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Timothy Williams,  )
    Movant,  )
      )
vs.  )  Case No. : 2:07cv742-MEF-SRW
      )  (CR-05-216MEF)
UNITED STATES OF AMERICA,  )
    Respondant,  )

## Notice of Interlocutory Appeal

Please take notice, that the defendant, Timothy Williams, hereby appeals to the United States Court of Appeals, Eleventh Circuit, from the decision to deny the defendant's motion to dismiss for want of subject matter jurisdiction (Doc. No. 29) against him by the District Court for the Middle District of Alabama on or about February 25, 2008 by the Honorable Chief United States District Judge Mark E. Fuller, which was in violation of the defendant's fourth amendment right to be free from unreasonable search an seizure, fifth amendment right of due process of law, six amendment right of effective assistance of counsel, eigth amendment right to be free of cruel and unusual punishment and his fourteenth amendment right to the equal protection law.

Dated March 6, 2008

Respectfully Submitted,

*/s/ T. Williams*

Timothy Williams-pro se

Timothy Williams -11778-002
F.C.I. Oakdale
P.O. Box 5000
Oakdale LA 71463

Clerk of the Court
Middle District of Alabama
1 Church Street Suite B-100
Montgomery Alabama 36104

36104+0106 C006



ALEXANDRIA LA 713
07 MAR 2008 PM
USA 41¢