# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
### UNITED STATES COURTHOUSE
### MONTGOMERY, ALABAMA

## March 11, 2008

**DEBRA P. HACKETT**                                    **MAILING ADDRESS:**
  **CLERK**                                             P. O. Box 711
                                                        MONTGOMERY, AL 36101
                                                        (334)954-3610

---

Thomas K. Kahn, Clerk
United States Court of Appeals
Eleventh Circuit                    **Re:**   District Court No. 2:07-cv-00742-MEF
56 Forsyth Street, N.W.                       TIMOTHY WILLIAMS V. UNITED STATES OF AMERICA
Atlanta, Georgia  30303

                                              Court of Appeals No.

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

☒       Certified copy of NOTICE OF APPEAL, docket entries, judgment and opinion/order appealed from.

☒       First Notice of Appeal:   Yes ☒   No ☐   Other notices (dates): ___

☐ _____ Other:

☒ _____ The Judge or Magistrate Judge appealed from is: __**CHIEF JUDGE MARK E. FULLER**__

☐       The Court Reporter (s) is/are: _____

☐       A hearing was not held in the case.  ☐ An **audio tape** is available for transcription of the court hearing

☒ _____ The appellant DOCKET FEE has been paid:  Yes ☐ No ☒  Date paid:

☐ _____ Motion for Certificate of Appealability and/or leave to proceed in forma pauperis is pending.

☐       Appellant has been Granted ☐ or  Denied ☐ leave to appeal IFP [In Forma Pauperis]
        **Enclosed:** certified copy of Order & an updated docket sheet

☐       Appellant has been Granted ☐ or  Denied ☐ the issuance of a Certificate of Appealability
        **Enclosed:** certified copy of Order & an updated docket sheet

☐ _____ Copy of CJA form / order  appointing counsel.

☐ _____ Certified record on appeal consisting of : __Volume(s) of pleadings; ___ PSI (s); __ Volume(s) of
        transcript; __ Folder(s) of exhibits/depositions; ___ Supplemental file(s)

☐       ORIGINAL PAPERS: ___Volume(s) of pleadings; _____ Volume(s) of  transcript; _____ folder of exhibits

☐       This is an appeal of a bankruptcy order.  Bankruptcy Judge _____

☐       This is a DEATH PENALTY appeal.

                              Very truly yours,

                              Donna Norfleet
                              Deputy Clerk

cc: Court file