FILED
MAR 28 2008
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(Form 4)     **Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis**

United States District Court for the  MIDDLE  District of  ALABAMA

A. B., Plaintiff  Timothy Williams

v.                                                Case No.  2:07CV742-MEF

C. D., Defendant.  UNITED STATES

---

**Instructions:** Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0,", "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Date: MARCH 20, 2008    Signed: [signature]

My issues on appeal are:

1. For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Self-employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interests and dividends | $ N/A | $ N/A | $ N/A | $ N/A |
| Gifts | $ N/A | $ N/A | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A | $ N/A | $ N/A |
| Child support | $ N/A | $ N/A | $ N/A | $ N/A |
| Retirement (such as Social Security, pensions, annuities, insurance) | $ N/A | $ N/A | $ N/A | $ N/A |
| Disability (such as Social Security, insurance payments) | $ N/A | $ N/A | $ N/A | $ n/a |
| Unemployment payments | $ n/a | $ n/a | $ n/a | $ n/a |
| Public-assistance (such as welfare) | $ n/a | $ n/a | $ n/a | $ n/a |
| Other (specify): ∅ | $ n/a | $ n/a | $ n/a | $ n/a |
| Total monthly income: | $ n/a | $ n/a | $ n/a | $ n/a |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| | | | |
| | | | |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| | | | |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| | | | |
| | | | |

4. How much cash do you and your spouse have? $ N/A

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| . N/A | N/A | $ N/A | $ N/A |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other Real Estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| N/A | N/A | Make & Year: |
| | | Model: |
| | | Registration #: |

| Other Assets (Value) | Other Assets (Value) | Motor Vehicle #2 (Value) |
|---|---|---|
| N/A | N/A | Make & Year: |
| | | Model: |
| | | Registration #: |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |
| | | |
| | | |

7. State the persons who rely on your or your spouse for support.

| Name | Relationship | Age |
|------|--------------|-----|
| N/A  | N/A          | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| For home-mortgage payment (include lot rented for mobile home) | $ 0 | $ N/A |
| Are real-estate taxes included? ☐ Yes ☐ No | $ 0 | $ N/A |
| Is property insurance included? ☐ Yes ☐ No | $ 0 | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ N/A |
| Home maintenance (repairs and upkeep) | $ 0 | $ N/A |
| Food | $ 0 | $ N/A |
| Clothing | $ 0 | $ N/A |
| Laundry and dry-cleaning | $ 0 | $ N/A |
| Medical and dental expenses | $ 0 | $ N/A |
| Transportation (not including motor vehicle payments) | $ 0 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0 | $ N/A |
| Homeowner's or renter's | $ 0 | $ N/A |
| Life | $ 0 | $ N/A |
| Health | $ 0 | $ N/A |
| Motor Vehicle | $ 0 | $ N/A |
| Other: | $ 0 | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ N/A |
| Installment payments | $ 0 | $ N/A |
| Motor Vehicle | $ 0 | $ N/A |
| Credit card (name): | $ 0 | $ N/A |
| Department store (name): | $ 0 | $ N/A |
| Other: | $ 0 | $ N/A |
| Alimony, maintenance, and support paid to others | $ 0 | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ N/A |
| Other (specify): N/A | $ 0 | $ N/A |
| Total monthly expenses | $ 0 | $ N/A |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   ☐ Yes  ☒ No    If yes, describe on an attached sheet.

10. *Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?*

    ☐ Yes  ☒ No    If yes, how much: $ __N/A__  ∅

    If yes, state the attorney's name, address, and telephone number:

11. *Have you paid – or will you be paying – anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*

    ☐ Yes  ☒ No    If yes, how much? $ __∅__

    If yes, state the person's name, address, and telephone number:

12. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

    I Am presently in Federal prison with no money

13. *State the address of your legal residence.*

    Your daytime phone number: (     ) __N/A__
    Your age: __41__    Your years of schooling: __11__
    Your Social Security number: __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__

(As amended Apr. 24, 1998, eff. Dec. 1, 1998.)

# Inmate Statement

| | | |
|---|---|---|
| **Inmate Reg #:** 11778002 | **Current Institution:** | Oakdale Complex |
| **Inmate Name:** WILLIAMS, TIMOTHY | **Housing Unit:** | OAK-V-A |
| **Report Date:** 03/19/2008 | **Living Quarters:** | V03-214U |
| **Report Time:** 3:43:30 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| OAX | 3/19/2008 12:06:08 PM | 33312308 | | | Western Union | $65.00 | | $190.69 |
| OAX | 3/19/2008 10:48:59 AM | TFN0319 | | | Phone Withdrawal | ($5.00) | | $125.69 |
| OAX | 3/14/2008 5:40:43 PM | TFN0314 | | | Phone Withdrawal | ($7.00) | | $130.69 |
| OAX | 3/13/2008 7:06:54 PM | 33311908 | | | Western Union | $100.00 | | $137.69 |
| OAX | 3/13/2008 5:39:18 PM | 134 | | | Sales | ($63.03) | | $37.69 |
| OAX | 3/13/2008 12:05:45 PM | 33311908 | | | Western Union | $25.00 | | $100.72 |
| OAX | 3/12/2008 6:52:15 PM | TFN0312 | | | Phone Withdrawal | ($5.00) | | $75.72 |
| OAX | 3/10/2008 7:17:38 PM | TFN0310 | | | Phone Withdrawal | ($2.00) | | $80.72 |
| OAX | 3/10/2008 7:30:48 AM | HIPP0208 | | | Payroll - IPP | $2.40 | | $82.72 |
| OAX | 3/8/2008 5:22:43 PM | TFN0308 | | | Phone Withdrawal | ($5.00) | | $80.32 |
| OAX | 3/6/2008 4:55:10 PM | 198 | | | Sales | ($50.15) | | $85.32 |
| OAX | 3/6/2008 12:06:39 PM | TFN0306 | | | Phone Withdrawal | ($5.00) | | $135.47 |
| OAX | 3/5/2008 12:38:44 PM | TFN0305 | | | Phone Withdrawal | ($5.00) | | $140.47 |
| OAX | 3/4/2008 6:10:01 PM | 33311208 | | | Western Union | $60.00 | | $145.47 |
| OAX | 3/1/2008 8:08:30 PM | TFN0301 | | | Phone Withdrawal | ($5.00) | | $85.47 |
| OAX | 2/29/2008 10:01:20 AM | TFN0229 | | | Phone Withdrawal | ($5.00) | | $90.47 |
| OAX | 2/28/2008 9:36:38 PM | TFN0228 | | | Phone Withdrawal | ($2.00) | | $95.47 |
| OAX | 2/28/2008 11:49:51 AM | 46 | | | Sales | ($51.44) | | $97.47 |
| OAX | 2/27/2008 10:40:48 AM | TFN0227 | | | Phone Withdrawal | ($2.00) | | $148.91 |
| OAX | 2/26/2008 12:01:39 PM | TFN0226 | | | Phone Withdrawal | ($5.00) | | $150.91 |
| OAX | 2/25/2008 1:07:38 PM | 33310608 | | | Western Union | $50.00 | | $155.91 |
| OAX | 2/25/2008 11:33:22 AM | TFN0225 | | | Phone Withdrawal | ($10.00) | | $105.91 |
| OAX | 2/25/2008 8:57:10 AM | TFN0225 | | | Phone Withdrawal | ($4.00) | | $115.91 |
| OAX | 2/21/2008 8:10:39 PM | 33310408 | | | Western Union | $50.00 | | $119.91 |
| OAX | 2/21/2008 5:53:59 PM | 93 | | | Sales | ($45.98) | | $69.91 |
| OAX | 2/18/2008 11:57:09 AM | TFN0218 | | | Phone Withdrawal | ($5.00) | | $115.89 |
| OAX | 2/14/2008 10:53:59 PM | TFN0214 | | | Phone Withdrawal | ($3.00) | | $120.89 |
| OAX | 2/14/2008 7:08:34 PM | 33309908 | | | Western Union | $50.00 | | $123.89 |
| OAX | 2/14/2008 6:07:39 PM | 33309908 | | | Western Union | $50.00 | | $73.89 |
| OAX | 2/14/2008 5:30:19 PM | 151 | | | Sales | ($41.59) | | $23.89 |
| OAX | 2/14/2008 10:13:49 AM | TFN0214 | | | Phone Withdrawal | ($5.00) | | $65.48 |
| OAX | 2/13/2008 11:06:45 AM | 33309808 | | | Western Union | $50.00 | | $70.48 |
| OAX | 2/13/2008 8:30:46 AM | TFN0213 | | | Phone Withdrawal | ($5.00) | | $20.48 |

| Alpha Code | Date/Time | Reference | Transaction | Amount | Balance |
|---|---|---|---|---|---|
| OAX | 2/12/2008 3:01:24 PM | TFN0212 | Phone Withdrawal | ($5.00) | $25.48 |
| OAX | 2/11/2008 11:03:21 AM | TFN0211 | Phone Withdrawal | ($5.00) | $30.48 |
| OAX | 2/8/2008 9:49:39 PM | TFN0208 | Phone Withdrawal | ($5.00) | $35.48 |
| OAX | 2/8/2008 7:55:00 AM | HIPP0108 | Payroll - IPP | $2.52 | $40.48 |
| OAX | 2/7/2008 5:11:34 PM | 108 | Sales | ($47.79) | $37.96 |
| OAX | 2/6/2008 9:44:25 PM | TFN0206 | Phone Withdrawal | ($5.00) | $85.75 |
| OAX | 2/6/2008 12:07:01 PM | 33309308 | Western Union | $40.00 | $90.75 |
| OAX | 2/5/2008 10:16:40 AM | TFN0205 | Phone Withdrawal | ($5.00) | $50.75 |
| OAX | 2/3/2008 2:02:34 PM | TFN0203 | Phone Withdrawal | ($7.00) | $55.75 |
| OAX | 2/3/2008 11:25:15 AM | TFN0203 | Phone Withdrawal | ($2.00) | $62.75 |
| OAX | 1/31/2008 6:08:52 PM | 33308908 | Western Union | $60.00 | $64.75 |
| OAX | 1/31/2008 5:25:31 PM | 106 | Sales | ($45.28) | $4.75 |
| OAX | 1/31/2008 4:06:35 PM | 33308908 | Western Union | $40.00 | $50.03 |
| OAX | 1/31/2008 10:17:21 AM | TFN0131 | Phone Withdrawal | ($5.00) | $10.03 |
| OAX | 1/30/2008 5:46:45 PM | TFN0130 | Phone Withdrawal | ($3.00) | $15.03 |
| OAX | 1/30/2008 11:39:05 AM | TFN0130 | Phone Withdrawal | ($2.00) | $18.03 |
| OAX | 1/28/2008 9:36:30 PM | TFN0128 | Phone Withdrawal | ($2.00) | $20.03 |

1 2 3 4 5 6

**Total Transactions: 272**

Totals:      $117.24       $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| OAX | $190.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $190.69 |
| **Totals:** | **$190.69** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$190.69** |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $1,874.76 | $1,763.69 | $79.67 | $190.69 | $112.24 | N/A | N/A |

· InmateStatementCombined

Page 1 of 2

# Inmate Statement

| Inmate Reg #: | 11778002 | Current Institution: | Oakdale Complex |
| --- | --- | --- | --- |
| Inmate Name: | WILLIAMS, TIMOTHY | Housing Unit: | OAK-V-A |
| Report Date: | 03/19/2008 | Living Quarters: | V03-214U |
| Report Time: | 3:43:42 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| OAX | 1/27/2008 4:47:03 PM | TFN0127 | | | Phone Withdrawal | ($3.00) | | $22.03 |
| OAX | 1/26/2008 5:28:32 PM | TFN0126 | | | Phone Withdrawal | ($3.00) | | $25.03 |
| OAX | 1/24/2008 5:01:46 PM | 100 | | | Sales | ($4.70) | | $28.03 |
| OAX | 1/24/2008 5:00:42 PM | 99 | | | Sales | ($42.74) | | $32.73 |
| OAX | 1/24/2008 9:48:05 AM | TFN0124 | | | Phone Withdrawal | ($5.00) | | $75.47 |
| OAX | 1/23/2008 10:16:29 AM | TFN0123 | | | Phone Withdrawal | ($5.00) | | $80.47 |
| OAX | 1/21/2008 6:44:23 PM | TFN0121 | | | Phone Withdrawal | ($5.00) | | $85.47 |
| OAX | 1/19/2008 9:45:44 AM | TFN0119 | | | Phone Withdrawal | ($4.00) | | $90.47 |
| OAX | 1/17/2008 6:07:24 PM | 33307908 | | | Western Union | $60.00 | | $94.47 |
| OAX | 1/17/2008 5:01:19 PM | 101 | | | Sales | ($35.93) | | $34.47 |
| OAX | 1/16/2008 4:06:50 PM | 33307808 | | | Western Union | $40.00 | | $70.40 |
| OAX | 1/16/2008 10:14:06 AM | TFN0116 | | | Phone Withdrawal | ($5.00) | | $30.40 |
| OAX | 1/11/2008 6:44:13 PM | TFN0111 | | | Phone Withdrawal | ($3.00) | | $35.40 |
| OAX | 1/10/2008 5:31:59 PM | 127 | | | Sales | ($39.50) | | $38.40 |
| OAX | 1/10/2008 3:26:56 PM | HIPP1207 | | | Payroll - IPP | $2.52 | | $77.90 |
| OAX | 1/10/2008 2:40:52 PM | TFN0110 | | | Phone Withdrawal | ($5.00) | | $75.38 |
| OAX | 1/8/2008 12:03:52 PM | TFN0108 | | | Phone Withdrawal | ($5.00) | | $80.38 |
| OAX | 1/7/2008 8:10:50 PM | TFN0107 | | | Phone Withdrawal | ($5.00) | | $85.38 |
| OAX | 1/4/2008 5:25:05 PM | TFN0104 | | | Phone Withdrawal | ($8.00) | | $90.38 |
| OAX | 1/3/2008 5:16:33 PM | 127 | | | Sales | ($102.09) | | $98.38 |
| OAX | 1/3/2008 2:09:27 PM | 33306908 | | | Western Union | $75.00 | | $200.47 |
| OAX | 1/2/2008 5:26:04 PM | TFN0102 | | | Phone Withdrawal | ($5.00) | | $125.47 |
| OAX | 1/1/2008 2:31:31 PM | TFN0101 | | | Phone Withdrawal | ($5.00) | | $130.47 |
| OAX | 1/1/2008 11:21:36 AM | TFN0101 | | | Phone Withdrawal | ($3.00) | | $135.47 |
| OAX | 12/31/2007 6:42:20 PM | TFN1231 | | | Phone Withdrawal | ($1.00) | | $138.47 |
| OAX | 12/29/2007 11:05:53 PM | TFN1229 | | | Phone Withdrawal | ($1.00) | | $139.47 |
| OAX | 12/27/2007 2:11:16 PM | TFN1227 | | | Phone Withdrawal | ($5.00) | | $140.47 |
| OAX | 12/24/2007 8:22:47 PM | TFN1224 | | | Phone Withdrawal | ($5.00) | | $145.47 |
| OAX | 12/24/2007 12:40:28 PM | TFN1224 | | | Phone Withdrawal | ($5.00) | | $150.47 |
| OAX | 12/23/2007 1:18:21 PM | TFN1223 | | | Phone Withdrawal | ($5.00) | | $155.47 |
| OAX | 12/21/2007 7:29:28 PM | TFN1221 | | | Phone Withdrawal | ($9.00) | | $160.47 |
| OAX | 12/21/2007 9:19:15 AM | 254 | | | SPO - Released | | $22.55 | -------- |
| OAX | 12/21/2007 9:19:15 AM | 21 | | | Sales | ($22.55) | | $169.47 |

| Alpha Code | Date | Reference | Type | Amount | Balance |
|---|---|---|---|---|---|
| OAX | 12/20/2007 6:08:16 PM | 33305908 | Western Union | $150.00 | $192.02 |
| OAX | 12/20/2007 5:41:12 PM | 114 | Sales | ($55.98) | $42.02 |
| OAX | 12/20/2007 1:38:12 PM | TFN1220 | Phone Withdrawal | ($3.00) | $98.00 |
| OAX | 12/20/2007 8:30:26 AM | TFN1220 | Phone Withdrawal | ($2.00) | $101.00 |
| OAX | 12/19/2007 2:08:35 PM | 33305808 | Western Union | $40.00 | $103.00 |
| OAX | 12/19/2007 8:48:08 AM | TFN1219 | Phone Withdrawal | ($5.00) | $63.00 |
| OAX | 12/18/2007 10:04:54 AM | TFN1218 | Phone Withdrawal | ($4.00) | $68.00 |
| OAX | 12/16/2007 10:25:53 PM | TFN1216 | Phone Withdrawal | ($1.00) | $72.00 |
| OAX | 12/15/2007 7:50:09 PM | TFN1215 | Phone Withdrawal | ($5.00) | $73.00 |
| OAX | 12/14/2007 8:52:00 AM | TFN1214 | Phone Withdrawal | ($2.00) | $78.00 |
| OAX | 12/13/2007 5:16:44 PM | 123 | Sales | ($57.84) | $80.00 |
| OAX | 12/12/2007 6:05:59 PM | TFN1212 | Phone Withdrawal | ($5.00) | $137.84 |
| OAX | 12/10/2007 10:45:14 PM | TFN1210 | Phone Withdrawal | ($2.00) | $142.84 |
| OAX | 12/10/2007 4:04:23 PM | HIPP1107 | Payroll - IPP | $2.28 | $144.84 |
| OAX | 12/7/2007 6:45:01 PM | TFN1207 | Phone Withdrawal | ($10.00) | $142.56 |
| OAX | 12/7/2007 10:51:55 AM | TFN1207 | Phone Withdrawal | ($3.00) | $152.56 |
| OAX | 12/6/2007 6:09:07 PM | 33304908 | Western Union | $100.00 | $155.56 |

1 2 3 4 5 6

**Total Transactions: 272**

Totals:   $117.24   $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| OAX | $190.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $190.69 |
| **Totals:** | **$190.69** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$190.69** |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

InmateStatementCombined                                                                                                                     Page 1 of 2

# Inmate Statement

| Inmate Reg #: | 11778002 | Current Institution: | Oakdale Complex |
| --- | --- | --- | --- |
| Inmate Name: | WILLIAMS, TIMOTHY | Housing Unit: | OAK-V-A |
| Report Date: | 03/19/2008 | Living Quarters: | V03-214U |
| Report Time: | 3:44:02 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| OAX | 12/6/2007 5:17:33 PM | 134 | | | Sales | ($52.10) | | $55.56 |
| OAX | 12/6/2007 1:54:04 PM | TFN1206 | | | Phone Withdrawal | ($3.00) | | $107.66 |
| OAX | 12/6/2007 1:08:19 PM | 33304908 | | | Western Union | $40.00 | | $110.66 |
| OAX | 12/6/2007 10:15:20 AM | TFN1206 | | | Phone Withdrawal | ($1.00) | | $70.66 |
| OAX | 12/5/2007 9:18:20 PM | TFN1205 | | | Phone Withdrawal | ($1.00) | | $71.66 |
| OAX | 12/4/2007 8:09:30 PM | TFN1204 | | | Phone Withdrawal | ($8.00) | | $72.66 |
| OAX | 12/4/2007 10:04:06 AM | 254 | | | SPO | | ($22.55) | -------- |
| OAX | 12/3/2007 8:19:03 PM | TFN1203 | | | Phone Withdrawal | ($5.00) | | $80.66 |
| OAX | 11/29/2007 5:13:05 PM | 106 | | | Sales | ($46.19) | | $85.66 |
| OAX | 11/28/2007 9:56:44 PM | TFN1128 | | | Phone Withdrawal | ($1.00) | | $131.85 |
| OAX | 11/28/2007 8:06:53 PM | TFN1128 | | | Phone Withdrawal | ($1.00) | | $132.85 |
| OAX | 11/27/2007 5:04:27 PM | TFN1127 | | | Phone Withdrawal | ($1.00) | | $133.85 |
| OAX | 11/25/2007 9:00:38 AM | TFN1125 | | | Phone Withdrawal | ($1.00) | | $134.85 |
| OAX | 11/22/2007 12:49:57 PM | TFN1122 | | | Phone Withdrawal | ($1.00) | | $135.85 |
| OAX | 11/21/2007 5:07:07 PM | 113 | | | Sales | ($49.83) | | $136.85 |
| OAX | 11/21/2007 3:08:30 PM | 33303808 | | | Western Union | $100.00 | | $186.68 |
| OAX | 11/21/2007 11:12:15 AM | TFN1121 | | | Phone Withdrawal | ($1.00) | | $86.68 |
| OAX | 11/20/2007 4:26:21 PM | TFN1120 | | | Phone Withdrawal | ($1.00) | | $87.68 |
| OAX | 11/19/2007 5:12:27 PM | 33303608 | | | Western Union | $50.00 | | $88.68 |
| OAX | 11/19/2007 3:19:29 PM | TFN1119 | | | Phone Withdrawal | ($2.00) | | $38.68 |
| OAX | 11/18/2007 3:00:42 PM | TFN1118 | | | Phone Withdrawal | ($6.00) | | $40.68 |
| OAX | 11/17/2007 3:41:51 PM | TFN1117 | | | Phone Withdrawal | ($5.00) | | $46.68 |
| OAX | 11/15/2007 5:04:36 PM | 137 | | | Sales | ($23.74) | | $51.68 |
| OAX | 11/15/2007 1:56:49 PM | TFN1115 | | | Phone Withdrawal | ($5.00) | | $75.42 |
| OAX | 11/14/2007 8:00:12 PM | TFN1114 | | | Phone Withdrawal | ($5.00) | | $80.42 |
| OAX | 11/13/2007 5:44:26 PM | TFN1113 | | | Phone Withdrawal | ($5.00) | | $85.42 |
| OAX | 11/12/2007 9:30:25 PM | TFN1112 | | | Phone Withdrawal | ($5.00) | | $90.42 |
| OAX | 11/11/2007 7:34:48 PM | TFN1111 | | | Phone Withdrawal | ($5.00) | | $95.42 |
| OAX | 11/11/2007 10:42:06 AM | TFN1111 | | | Phone Withdrawal | ($2.00) | | $100.42 |
| OAX | 11/9/2007 7:51:55 AM | HIPP1007 | | | Payroll - IPP | $2.40 | | $102.42 |
| OAX | 11/8/2007 9:24:56 PM | TFN1108 | | | Phone Withdrawal | ($11.00) | | $100.02 |
| OAX | 11/8/2007 6:12:55 PM | 33302908 | | | Western Union | $80.00 | | $111.02 |
| OAX | 11/8/2007 5:39:12 PM | 136 | | | Sales | ($44.18) | | $31.02 |

| Alpha | Date | Ref | Type | Amount | Balance |
|---|---|---|---|---|---|
| OAX | 11/8/2007 12:09:38 PM | 33302908 | Western Union | $70.00 | $75.20 |
| OAX | 11/8/2007 11:32:38 AM | TFN1108 | Phone Withdrawal | ($2.00) | $5.20 |
| OAX | 11/7/2007 6:55:31 PM | TFN1107 | Phone Withdrawal | ($1.00) | $7.20 |
| OAX | 11/7/2007 5:47:55 PM | TFN1107 | Phone Withdrawal | ($2.00) | $8.20 |
| OAX | 11/6/2007 10:45:23 AM | TFN1106 | Phone Withdrawal | ($5.00) | $10.20 |
| OAX | 11/4/2007 3:25:39 PM | TFN1104 | Phone Withdrawal | ($5.00) | $15.20 |
| OAX | 11/3/2007 8:48:31 AM | TFN1103 | Phone Withdrawal | ($5.00) | $20.20 |
| OAX | 11/2/2007 2:31:07 PM | TFN1102 | Phone Withdrawal | ($5.00) | $25.20 |
| OAX | 11/2/2007 11:52:02 AM | TFN1102 | Phone Withdrawal | ($4.00) | $30.20 |
| OAX | 11/1/2007 5:34:09 PM | 129 | Sales | ($81.67) | $34.20 |
| OAX | 11/1/2007 3:17:24 PM | TFN1101 | Phone Withdrawal | ($3.00) | $115.87 |
| OAX | 11/1/2007 12:10:02 PM | 33302408 | Western Union | $40.00 | $118.87 |
| OAX | 11/1/2007 8:14:07 AM | TFN1101 | Phone Withdrawal | ($2.00) | $78.87 |
| OAX | 10/25/2007 6:07:39 PM | 33301908 | Western Union | $80.00 | $80.87 |
| OAX | 10/25/2007 5:15:30 PM | 123 | Sales | ($39.32) | $0.87 |
| OAX | 10/23/2007 5:11:08 PM | 33301708 | Western Union | $40.00 | $40.19 |
| OAX | 10/18/2007 5:42:25 PM | 150 | Sales | ($30.30) | $0.19 |

1 2 3 4 5 6

**Total Transactions: 272**

Totals:   $117.24   $0.00

---

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| OAX | $190.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $190.69 |
| **Totals:** | **$190.69** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$190.69** |

---

**Other Balances**

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

# APPENDIX 9

## STATEMENT OF ACCOUNT
(Certified Institutional Equivalent)

I hereby certify that __Timothy Williams__, inmate number __17700z__ the plaintiff herein, has the following sums of money on account to his/her credit at __Oakdale F.C.I.__, institution where he/she is confined:

| | | |
|---|---|---|
| Prison Drawing Account | $ | 0 |
| Prison Savings Account | $ | 0 |
| A. Cash | $ | 0 |
| B. Bonds | $ | 0 |

I further certify that the average monthly deposits for the preceding six months is $ __0__

(The average monthly deposits are to be determined by adding the deposits made during a given month and diving that total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is to be divided by six.)

I further certify that the average monthly balance for the prior six months is $ __0__

(The average monthly balance is to be determined by adding each day's balance for a given month and diving that total by the number of days in that month. This is to be repeated for each of the six months. The balance from each of the six months are to be added together and the total is to be divided by six.)

Date Certified: __March 21, 2008__        __Dora Kant__
                                          Signature of Authorized Officer of
                                          Institution and Title of Institution

Authorized by the Act of July 7, 1955, as amended, to administer oaths (18 USC 4004).

_____ 3-21-08
(Name)     Case Manager

Timothy Williams-11778-002
F.C.I Oakdale
P.O. Box 5000
Oakdale LA 71463

Clerk of court
middle district of Alabama
1 Church Street, Suite B-100
Montgomery AL 36104

