IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v | ) | Civil Action No. 2:07cv742-MEF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ON MOTION**

This court construes Petitioner's pleading containing the heading "Ineffective Assistance of Counsel Failure to Appeal Constitutionally Adequate Notice of Offense Charged" (Doc. No. 43; filed Apr. 7, 2008) to be a motion to supplement the 28 U.S.C. § 2255 motion with arguments in support of Petitioner's claims. Upon consideration of this motion, and for good cause, it is

ORDERED that Petitioner's motion to supplement his § 2255 motion with arguments in support of his claims (Doc. No. 43) is hereby GRANTED.

Done this 8th day of April, 2008.

/s/Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE