Debra P. Hackett
    Clerk, U.S. District Court
    15 LEE ST STE 206
    MONTGOMERY  AL  36104-4055

---

April 29, 2008

**Appeal Number: 08-11131-D**
Case Style: Timothy Williams v. USA
District Court Number: 07-00742 CV-MEF

TO:   Debra P. Hackett

CC:   Timothy Williams (11778-002)

CC:   Leura Garrett Canary

CC:   John T. Harmon

CC:   Susan Redmond

CC:   Hon. Mark E. Fuller

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

April 29, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 08-11131-D**
Case Style: Timothy Williams v. USA
District Court Number: 07-00742 CV-MEF
SECONDARY CASE NO: 05-00216-CR-MEF

Please promptly advise this office whether your court has entered an order concerning:

doc. #35- MOTION to Make a Legal Finding of Subject Matter Jurisdiction re Motion to Dismiss and Other Legal Issues presented to this Court by Timothy Williams. (dmn) (Entered: 03/03/2008)

If there has been a ruling, please send us a copy of that order and a copy of the page of your docket sheet reflecting entry of that order.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Nancy Holbrook (404) 335-6183

c: District Court Judge (information copy)

CLK-5 (03-2004)

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

April 29, 2008

**Appeal Number: 08-11131-D**
Case Style: Timothy Williams v. USA
District Court Number: 07-00742 CV-MEF

TO:   Timothy Williams (11778-002)

CC:   Debra P. Hackett

CC:   Leura Garrett Canary

CC:   John T. Harmon

CC:   Susan Redmond

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

April 29, 2008

Timothy Williams (11778-002)
OAKDALE FCI
PO BOX 5000
OAKDALE LA 71463-5000

**Appeal Number: 08-11131-D**
Case Style: Timothy Williams v. USA
District Court Number: 07-00742 CV-MEF
SECONDARY CASE NO: 05-00216-CR-MEF

We have received a copy of the order of the district court declining to issue a certificate of appealability and denying leave to proceed on appeal in forma pauperis.

Pursuant to Fed.R.App.P. 22(b) and 24(a), you may within thirty (30) days from this date either pay **to the DISTRICT COURT clerk** the $450 docket fee plus $5 filing fee (total $455) or you may move in this court for leave to proceed on appeal as a pauper (form enclosed). See 11th Cir. R. 24-2. A motion for a certificate of appealability should be filed in this court within the same time period. The notice of appeal will be treated as a request for a certificate of appealability unless appellant files such a request within thirty (30)days from the date of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Nancy Holbrook (404) 335-6183

Encl.

HAB-5 (07-2007)