IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY WILLIAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:07cv742-MEF |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

Pending before the court is Petitioner Timothy Williams's "Motion to Make a Legal Finding of Subject Matter Jurisdiction [re] Motion to Dismiss and Other Legal Issues Presented to this Court" (Doc. # 35, filed Feb. 29, 2008), in which Williams asks this court to rule on his "Motion to Dismiss for Want of Subject Matter Jurisdiction" (Doc. # 29, filed Jan. 29, 2008) and reasserts the claims made in that previous motion.

On February 25, 2008, this Court entered a Memorandum Opinion and Order (Doc. # 32) denying Williams's "Motion to Dismiss for Want of Subject Matter Jurisdiction" (Doc. # 29). Accordingly, and for good cause, it is

ORDERED that Williams's "Motion to Make a Legal Finding of Subject Matter Jurisdiction [re] Motion to Dismiss and Other Legal Issues Presented to this Court" (Doc. # 35) be and is hereby DENIED as moot.

DONE, this 2nd day of May, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE