IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUN 3 0 2008
THOMAS K. KAHN
CLERK

No. 08-11131-D

TIMOTHY WILLIAMS,

                                                                                     Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

                                                                                     Respondent-Appellee.

Appeal from the United States District Court for the
Middle District of Florida

Before TJOFLAT, DUBINA, and BLACK, Circuit Judges.

BY THE COURT:

    This appeal is DISMISSED, sua sponte, for lack of jurisdiction. The district court's February 25, 2008, order is neither final nor immediately appealable. See 28 U.S.C. § 1291; Fed.R.Civ.P. 54(b); Williams v. Bishop, 732 F.2d 885, 886 (11th Cir. 1984); Lex Tex Ltd., Inc. Leesona Corp. (In re Yarn Processing Patent Validity Litig.), 680 F.2d 1338, 1340 (11th Cir. 1982).

    No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

June 30, 2008

**Appeal Number: 08-11131-D**
Case Style: Timothy Williams v. USA
District Court Number: 07-00742 CV-MEF

TO:   Debra P. Hackett

CC:   Timothy Williams (11778-002)

CC:   Leura Garrett Canary

CC:   John T. Harmon

CC:   Susan Redmond

CC:   Administrative File

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

June 30, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 08-11131-D**
Case Style: Timothy Williams v. USA
District Court Number: 07-00742 CV-MEF
SECONDARY CASE NO: 05-00216-CR-MEF


The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued as the mandate of this court. See 11th Cir. R. 40-4 and 11th Cir. R. 41-4.


Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Nancy Holbrook (404) 335-6183

All remaining motions filed by the appellant are hereby rendered MOOT in light of this order.

Encl.

DIS-4 (3-2005)