IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY WILLIAMS, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:07cv742-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondents. | ) |

# **ORDER**

On August 18, 2009, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 75). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge is adopted and that the 28 U.S.C. § 2255 motion filed by Williams is DENIED, as the claims therein entitle him to no relief.

DONE this the 10th day of September, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE