IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY WILLIAMS, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | Civil Action No. 2:07cv742-MEF<br>(WO) |

**ORDER ON MOTION**

Petitioner's "Motion to Respond to Report and Recommendation" (Doc. No. 81) contains a request for a copy of the transcript of the evidentiary hearing held on August 3, 2009. As Petitioner was advised in a previous Order of this court denying his request for a transcript (*see* Order, Doc. No. 78), no official transcript of the evidentiary hearing has been generated and Petitioner has not set forth a valid basis establishing his need for a transcript of the hearing. Accordingly, it is

ORDERED that Petitioner's request for a copy of the transcript of the evidentiary hearing is DENIED.

Done this 30th day of September, 2009.

/s/Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE