IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY WILLIAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:07cv742-MEF |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

Petitioner has filed a "Motion for Copy of Records" (Doc. No. 85), in which he contends that he has not received a copy of this court's Recommendation entered on August 18, 2009. In the same motion, Petitioner again requests a copy of the transcript of the evidentiary hearing held on August 3, 2009. Petitioner also requests an additional extension of time to file objections to the court's Recommendation.

The court having considered Petitioner's motion, the CLERK of the Court is hereby DIRECTED to provide Petitioner with a copy of this court's Recommendation entered on August 18, 2009. It is further ORDERED that:

(1) Petitioner's motion for extension of time is GRANTED. Petitioner is hereby GRANTED an extension of time from October 12, 2009, to and including October 26, 2009, to file objections to this court's Recommendation entered on August 18, 2009. **No further extensions will be granted.**

(2) Petitioner's request for a copy of the transcript of the evidentiary hearing is DENIED for the reasons stated in the previous orders of this court.

Done, this 13th day of October, 2009.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE