IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-742-MEF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | (WO) |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Upon consideration of Petitioner's Motion to Remove Counsel of Record James McCauley Smith (Doc. #84), it is hereby

ORDERED that the motion is DENIED.  This Court does not consider it appropriate to relieve counsel of representation in this matter until after expiration of the time for filing any objections to the Report and Recommendation entered on August 18, 2009 (Doc. #75). However, Petitioner will also be permitted to file additional timely objections to the Report and Recommendation should he choose to do so.  *See* Doc. #86;

It is further ORDERED that appointed counsel of record James McCauley Smith is to correspond with his client, Petitioner, and file motions as appropriate.

DONE this the 15th day of October, 2009.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE